IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-CV-3-BO

| | |
|---|---|
| SIGMA CAPITAL GROUP, INC. and BLUE HARBOR ENERGY, LLC, Plaintiffs, v. THERMAL VENTURES, INC., *et al.*, Defendants. | ORDER |

This matter is before the Court following a hearing before the undersigned on July 31, 2013, at Elizabeth City, North Carolina on cross-motions for summary judgment. As stated at the hearing, and in light of the notice of bankruptcy filing by defendant Avers, a status conference in this matter is hereby scheduled for September 30, 2013. The location and time of the status conference will be set by separate notice.

For the foregoing reasons, the Court DENIES WITHOUT PREJUDICE the pending cross-motions for summary judgment [DE 152 & 155]. The parties may re-file their motions for summary judgment if necessary following the status conference. For good cause shown and pursuant to the Amended Consent Protective order, the motions to seal [DE 154, 159, 167, & 169] are GRANTED.

SO ORDERED, this ___ day of August, 2013.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE